RENEE SCIARA et al., Appellants, v SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C., et al., Respondents. (Appeal No. 2.) [961 NYS2d 354]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered September 19, 2011 in a medical malpractice action. The order, among other things, granted that part of defendants' motion seeking a court appointed referee to supervise any future depositions in this matter.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Carni and Martoche, JJ. **[Prior Case History: 32 Misc 3d 904.]**

 In the Matter of JOE M. VALLEY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [960 NYS2d 689]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Feb. 26, 2013.)